```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900


Attorneys for Defendants
COUNTY OF SANTA CLARA,
MELISSA SUAREZ, EMILY TJHIN, and
JENNIFER HUBBS
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/28/05*

| | |
|---|---|
| LORI BELTRAN, ROBERT BELTRAN, COBY BELTRAN, by and through his Guardian Ad Litem LORI BELTRAN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, MELISSA SUAREZ, individually and as an employee of the County of Santa Clara, JENNIFER HUBBS, individually and as employee of the County of Santa Clara, EMILY TJHIN, individually and as an employee of the County of Santa Clara, DOE's 1-50, inclusive,<br><br>Defendants. | No.   C 03 03767 RMW<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE, AND VACATING TRIAL DATE** |

The parties, through their respective counsel of record, hereby stipulate and agree to an order rescheduling the hearing on defendants' motion for summary judgment from June 10, 2005 to **Friday, August 19, 2005**, at 9:00 a.m., in Courtroom 6, the Honorable Ronald M. Whyte, presiding. The respective parties have completed their briefing on this motion and all that remains is oral argument. This stipulation/order is being prepared as a result of communications with the court advising of Judge Whyte's unavailability to hear this motion on June 10, 2005.

The parties, through their respective counsel of record, hereby further stipulate and agree to an order scheduling a further case management conference to be held on **Friday, August 19,**

**2005**, at 10:30 a.m., in Courtroom 6.  Given the upcoming rescheduled motion for summary judgment hearing, and the scheduled trial date of November 28, 2005, the parties stipulate and agree to an order vacating that trial date, and all trial-related due dates attendant thereto.  At the upcoming case management conference on August 19, 2005, the parties will be prepared to discuss an appropriate, later trial date and all trial-related due dates.

    **IT IS SO STIPULATED.**

Dated: June 16, 2005

By: /s/
ROBERT R. POWELL, ESQ.

Attorneys for Plaintiffs
LORI BELTRAN, ROBERT BELTRAN, and COBY BELTRAN, by and through his Guardian ad Litem LORI BELTRAN

Dated: June 16, 2005

By: /s/
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, MELISSA SUAREZ, EMILY TJHIN, and JENNIFER HUBBS

    **IT IS SO ORDERED.**

Dated: 6/28/05

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
United States District Court Judge

S:\Main\Litigation\Beltran\Pleadings\Stipulation Re MSJ Rescheduling.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order re rescheduling MSJ Hearing, Scheduling Further CMC, and Vacating Trial Date

2

C03 03767 RMW