**\*E-FILED\***
**November 10, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BELTRAN, et al., | No. C 03-03767 RMW (RS) |
| Plaintiffs, | **ORDER RESCHEDULING** |
| v. | **SETTLEMENT CONFERENCE** |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference previously scheduled for **December 2, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **January 20, 2009 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated September 4, 2008, shall remain in effect.

1 | The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2 | prior to the date set for settlement conference.

4 | Dated:   November 10, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Dennis R. Ingols     dingols@rrpassociates.com, admin@rrpassociates.com, rkalnitsky@rrpassociates.com, rrpstaff@yahoo.com, urivera@rrpassociates.com

Douglas D. Durward     Doug@durwardlaw.com

Gregory Joseph Sebastinelli     gregory.sebastinelli@cco.co.scl.ca.us

Melissa R. Kiniyalocts     melissa.kiniyalocts@cco.co.scl.ca.us

Robert Ross Powell     rpowell@rrpassociates.com, admin@rrpassociates.com, mkao@rrpassociates.com

Dated: November 10, 2008

                           CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                           By:     /s/ *BAK*