| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814) |
| 2 | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884) |
| | OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor |
| | San Jose, California  95110-1770 |
| 4 | Telephone:  (408) 299-5900 |
| | Facsimile:  (408) 292-7240 |
| 5 | |
| | Attorneys for Defendants |
| 6 | EMILY TJHIN AND MELISSA SUAREZ |

ROBERT R. POWELL, Esq. (S.B. #159747)
DENNIS INGOLS, Esq. (S.B. #236548)
LAW OFFICES OR ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
Telephone: (408) 553-0200
Facsimile: (408) 553-0203

Attorneys for Plaintiffs
LORI BELTRAN, ROBERT BELTRAN, and
COBY BELTRAN, by and through his
Guardian Ad Litem LORI BELTRAN

*E-FILED - 11/21/08*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| LORI BELTRAN et al., | ) | No.   C 03 03767 RMW |
| | ) | |
| Plaintiffs, | ) | **STIPULATION AND ORDER TO EXTEND** |
| | ) | **THE DEADLINES FOR EXPERT** |
| v. | ) | **DISCLOSURE AND THE EXPERT** |
| | ) | **DISCOVERY CUTOFF** |
| COUNTY OF SANTA CLARA et al., | ) | |
| | ) | |
| Defendants. | ) | |

On November 7, 2008, Defendants Melissa Suarez and Emily Tjhin filed an *ex parte* motion to extend the deadlines for expert disclosure and the expert discovery cutoff.  On November 10, 2008, counsel for the parties met and conferred and reached an agreement to extend the deadlines for expert disclosure and the expert discovery cutoff.  As such, the pending *ex parte* motion to extend the deadlines for expert disclosure and the expert discovery cutoff is

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Extend
the Deadlines for Expert Disclosure
and the Expert Discovery Cut Off        1                    C 03 03767 RMW

1 now moot.

2     On August 15, 2008, the Court held a case management conference during which it set
3 this matter for trial on April 6, 2009.  The Court set deadlines of December 1, 2008, for expert
4 disclosure and December 22, 2008, for the expert discovery cutoff.

5     Due to the limited availability of counsel and witnesses, the depositions of percipient
6 witnesses in this matter will not be completed before the December 1st expert disclosure.  As
7 such, the parties agree that an extension of the deadlines for expert disclosure and the expert
8 discovery cutoff is necessary.

9     Accordingly, the parties stipulate to extend the expert discovery deadlines as follows:

10     Expert disclosure    January 21, 2009
11     Expert discovery cutoff    February 13, 2009

12     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
13 "conformed" signature (/S/) within this efiled document.

14     ANN MILLER RAVEL
    County Counsel
15

16 Dated:  November 13, 2008    By:    /S/
    MELISSA R. KINIYALOCTS
17     Deputy County Counsel

18     Attorneys for Defendants
    EMILY TJHIN and MELISSA SUAREZ
19

20
    LAW OFFICES OR ROBERT R. POWELL
21

22

23 Dated: November 11, 2008    By:    /S/
    DENNIS INGOLS
24

25     Attorney for Plaintiffs
    LORI BELTRAN, ROBERT BELTRAN,
    and COBY BELTRAN
26

27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Extend
the Deadlines for Expert Disclosure
and the Expert Discovery Cut Off    2    C 03 03767 RMW

**ORDER**

The Court, having considered the stipulation to extend the deadlines for expert disclosure and the expert discovery cutoff and finding good cause, hereby orders that the deadline for expert disclosure is extended to January 21, 2009, and the expert discovery cutoff is extended to February 13, 2009.

Dated: 11/20/08

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge

153622.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Extend
the Deadlines for Expert Disclosure
and the Expert Discovery Cut Off        3        C 03 03767 RMW