**ROBERT R. POWELL ESQ**
**DENNIS R. INGOLS ESQ.**
**RUTH K. KALNITSKY ESQ.**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San Jose, California 95126
Ph: 408-553-0200
Fx: 408-553-0203

*E-FILED - 2/12/09*

Attorneys for Plaintiffs
ROBERT & LORI BELTRAN
(by G.A.L.) COBY BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| LORI BELTRAN, ROBERT BELTRAN, LORI BELTRAN as Guardian ad Litem For her minor child COBY BELTRAN  )<br>Plaintiffs,  )<br>vs.  )<br>COUNTY OF SANTA CLARA, et al.  )<br>Defendants.  ) | Case Number: CV 03-03767 RMW<br><br>Assigned Judge: Ronald M. Whyte<br>Dept. 6<br><br>STIPULATION AND ORDER RE: SCHEDULING OF TRIAL AND TRIAL RELATED DATES |

Pursuant to the Order of the court filed January 22nd, 2009, requiring a stipulation regarding the scheduling of trial and trial related dates, the parties hereto, by and through their respective counsel, do hereby agree and stipulate as follows, and request the court order same; GOOD CAUSE APPEARING,

1. The trial of this matter shall commence April 20th, 2009.

2. The pre-trial conference shall be held April 9th, 2009, at 9:00 a.m. and all required submissions to the court, including but not limited to the Joint Pre-Trial Statement, and all

TITLE OF DOCUMENT
Beltran v. County of Santa Clara, et al.
Case No.: CV 03-03767 RMW

other items and tasks specified in the court's Standing Order Re: Pre-Trial Preparation, shall occur at the times specified in the Standing Order Re: Pre-Trial Preparation. [Items listed in (B) of the Standing Order due March 27th, 2009 – Items listed in (C) of the Standing Order due April 3rd, 2009]

3. The expert discovery cut-off is extended to March 4th, 2009. Plaintiffs shall designate any rebuttal experts by February 13th, 2009.

4. The hearing on the Defendant's Motion for Summary Judgment currently scheduled for February 13th, 2009, is continued to February 27th, 2009, at 9:00 a.m.  Plaintiffs' Opposition shall be filed by February 6th, 2009, and any reply to Plaintiffs' Opposition by February 13th, 2009.

IT IS SO STIPULATED.


__/S/ Robert R. Powell_____   1/23/09         ___/S/Gregory Sebastinelli_____   1/23/09
Robert R. Powell, Esq.                          Gregory J. Sebastinelli
Attorney for Plaintiffs                         Attorney for Defendants


**ORDER**

Based on the foregoing stipulation of the parties and good cause appearing therefore, the court does hereby adopt the stipulation of the parties as an order of the court.  Plaintiff's motion to bifurcate trial is hereby continued to 2/27/09 @ 9:00 a.m.


 IT IS SO ORDERED.

Date: 2/ 12 /09

_____
JUDGE RONALD M. WHYTE
U.S.D.C. Northern California
San Jose Division

TITLE OF DOCUMENT
Beltran v. County of Santa Clara, et al.
Case No.: CV 03-03767 RMW