| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | GREGORY J. SEBASTINELLI (S.B. #104884) |
| 2 | MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814) |
| | OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor |
| | San Jose, California  95110-1770 |
| 4 | Telephone: (408) 299-5900 |
| | Facsimile: (408) 292-7240 |

*E-FILED 2/24/09*

Attorneys for Defendants
EMILY TJHIN and MELISSA SUAREZ

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| LORI BELTRAN et al.,      ) | No.   C 03 03767 RMW |
|                           ) | |
|      Plaintiffs,          ) | [~~PROPOSED~~] ORDER EXCUSING |
|                           ) | DEFENDANT MELISSA SUAREZ FROM |
| v.                        ) | THE SETTLEMENT CONFERENCE |
|                           ) | |
| COUNTY OF SANTA CLARA et al., ) | |
|                           ) | |
|      Defendants.          ) | |

After consideration of the request to excuse Defendant Melissa Suarez from attendance at the March 16, 2009 settlement conference, the Court finds that good cause appears therefor,

**IT IS HEREBY ORDERED** that Defendant Melissa Suarez is hereby excused from in-person attendance at the March 16, 2009 settlement conference and shall remain on telephone stand-by during the conference.

Dated: February 24, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

168960.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[~~Proposed~~] Order Excusing Defendant
Melissa Suarez From the Settlement Conference        1        C 03 03767 RMW