ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
EMILY TJHIN AND MELISSA SUAREZ


ROBERT R. POWELL, Esq. (S.B. #159747)
DENNIS INGOLS, Esq. (S.B. #236548)
LAW OFFICES OR ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
Telephone: (408) 553-0200
Facsimile: (408) 553-0203

Attorneys for Plaintiffs
LORI BELTRAN, ROBERT BELTRAN, and
COBY BELTRAN, by and through his
Guardian Ad Litem LORI BELTRAN

***E-FILED - 3/26/09***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| LORI BELTRAN et al., | No.  C 03 03767 RMW |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES** |
| v. | |
| COUNTY OF SANTA CLARA et al., | |
| Defendants. | |

   The parties in the above-captioned matter submit the following Stipulation and Proposed Order for the purpose of requesting that the Court continue the trial, presently set for April 20, 2009, and the pretrial conference, presently set for April 9, 2009.  This request is based on the ground that Defendant Melissa Suarez is experiencing complications with her pregnancy and has been placed on bed rest by her doctor until her estimated date of delivery of June 16, 2009,

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Continue
Trial and all Trial Deadlines                    1                    C 03 03767 RMW

1  and through postpartum recovery until July 28, 2009.  Attached as Exhibit A is a true and
2  correct copy of a note from Ms. Suarez's doctor that states these restrictions.
3       Discovery in this matter, including expert discovery, is closed.  By this stipulation the
4  parties do not intend to re-open discovery.  Further, Defendants' motion for summary judgment,
5  which was heard on February 27, 2009, is pending.
6       Accordingly, the parties stipulate to continue the trial date to October 26, 2009, and the
7  pretrial conference to October 15, 2009.  The pretrial deadlines to serve, file, and/or lodge
8  documents in accordance with the Court's Standing Order Re: Pretrial Preparation shall be
9  calculated according to the October 15, 2009 pretrial conference.
10      I hereby attest that I have on file all holograph signatures for any signatures indicated by a
11 "conformed" signature (/S/) within this efiled document.

                                    ANN MILLER RAVEL
                                    County Counsel

14  Dated:  March 18, 2009      By:        /S/
                                    MELISSA R. KINIYALOCTS
                                    Deputy County Counsel

                                    Attorneys for Defendants
                                    EMILY TJHIN and MELISSA SUAREZ


                                    LAW OFFICES OR ROBERT R. POWELL


21  Dated: March 18, 2009       By:  _____
                                    ROBERT R. POWELL

                                    Attorney for Plaintiffs
                                    LORI BELTRAN, ROBERT BELTRAN,
                                    and COBY BELTRAN

25  / /
26  / /
27  / /
28  / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Continue
Trial and all Trial Deadlines             2              C 03 03767 RMW

**ORDER CONTINUING THE TRIAL DATE**

The Court, having considered the stipulation of the parties and finding good cause, hereby orders that the trial date in this matter is continued to October 26, 2009 and the pretrial conference to October 15, 2009.  The pretrial deadlines to serve, file, and/or lodge documents in accordance with the Court's Standing Order Re: Pretrial Preparation shall be calculated according to the October 15, 2009 pretrial conference. Joint Pretrial Statement due October 9, 2009.

IT IS SO ORDERED.

Dated:__ 3/26/09 _____

HONORABLE RONALD M. WHYTE
United States District Court Judge

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Continue
Trial and all Trial Deadlines

3

C 03 03767 RMW

173127.wpd