**United States District Court**
**For the Northern District of California**

E-FILED on  6/5/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORI BELTRAN et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA et al.,<br><br>　　　　　Defendants. | No. C-03-03767 RMW<br><br>ORDER UNSEALING SUMMARY JUDGMENT ORDER |

On June 3, 2009, the court issued an order granting defendants' motion for summary judgment and denying plaintiffs' motion to bifurcate trial.  The court filed the order under seal out of a concern that the order might contain information from the parties' briefs and submissions that should be protected from public disclosure and not be made part of the publicly available record.  The court issued an order directing the parties to identify what portions of the summary judgment order, if any, they believe should be redacted from the publicly filed version of the order.  Counsel for plaintiffs and counsel for defendants have since advised the court that no portion of the summary judgment order should be redacted.  Accordingly, the court the June 3, 2009 summary judgment order will be unsealed and filed in the public record..

DATED: 　　6/5/09

　　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER UNSEALING SUMMARY JUDGMENT ORDER—No. C-03-03767 RMW
TER

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiffs:**

3 Robert Ross Powell      rpowell@rrpassociates.com

4 Dennis R. Ingols      dingols@rrpassociates.com

5
6 Douglas D. Durward      Doug@durwardlaw.com

7
8 **Counsel for Defendants:**

9 Melissa R. Kiniyalocts      melissa.kiniyalocts@cco.co.scl.ca.us

10 Gregory Joseph Sebastinelli      gregory.sebastinelli@cco.co.scl.ca.us

11 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

12
13
14 **Dated:**    6/5/09            TER
                                                **Chambers of Judge Whyte**