|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **E-FILED on**  6/5/09 |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LORI BELTRAN, ROBERT BELTRAN, COBY BELTRAN, by and through his Guardian Ad Litem LORI BELTRAN, | | No. C-03-03767 RMW |
| Plaintiffs, | | JUDGMENT |
| v. | | |
| COUNTY OF SANTA CLARA, MELISSA SUAREZ, individually and as an employee of the County of Santa Clara, JENNIFER HUBBS, individually and as an employee of the County of Santa Clara, EMILY TJHIN, individually and as an employee of the County of Santa Clara, DOES 1-50, inclusive, | | |
| Defendants. | | |

On June 3, 2009, the court granted summary judgment in favor of defendants Melissa Suarez and Emily Tjhin. All other defendants have previously been dismissed. THEREFORE,

IT IS HEREBY ADJUDGED that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of all defendants.

DATED:     6/3/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—C-03-03767-RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Robert Ross Powell                 rpowell@rrpassociates.com

Dennis R. Ingols                   dingols@rrpassociates.com

Douglas D. Durward                 Doug@durwardlaw.com


**Counsel for Defendants:**

Melissa R. Kiniyalocts             melissa.kiniyalocts@cco.co.scl.ca.us

Gregory Joseph Sebastinelli        gregory.sebastinelli@cco.co.scl.ca.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/5/09                         TER
                                            **Chambers of Judge**