**E-filed on:** **12/18/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORI BELTRAN *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br>COUNTY OF SANTA CLARA, *et al.*, <br><br>    Defendants. | No. C-03-03767 RMW <br><br> ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO INCLUDE OMITTED RECORDS <br><br>**[Re Docket No. 200]** |

Defendants' ex parte administrative motion to include in the court's record two documents that were inadvertently omitted from the electronic docket and seven pages inadvertently omitted from an exhibit previously submitted to the court is granted. Exhibits A, J and K to the Declaration of Melissa Kinyalocts in support of defendants' ex parte motion are hereby included in the court record.

DATED:     12/18/2009

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANTS' *EX PARTE* ADMINISTRATIVE MOTION
C-03-03767 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Robert Ross Powell | rpowell@rrpassociates.com |
| Dennis R. Ingols | dingols@rrpassociates.com |
| Douglas D. Durward | Doug@durwardlaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Melissa R. Kiniyalocts | melissa.kiniyalocts@cco.co.scl.ca.us |
| Gregory Joseph Sebastinelli | gregory.sebastinelli@cco.co.scl.ca.us |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 12/18/2009

TER
**Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER GRANTING DEFENDANTS' *EX PARTE* ADMINISTRATIVE MOTION
C-03-03767 RMW
TER                                                                  2